# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEVEN JEAN-PIERRE, | : | CIVIL ACTION NO. 1:10-CV-1566 |
| Petitioner | : | (Judge Conner) |
| v. | : | |
| HOWARD HUFFORD, WARDEN, F.C.I. SCHUYLKILL, | : | |
| Respondent | : | |

## **ORDER**

AND NOW, this 29th day of July, 2010, upon consideration of the petition for writ of habeas corpus (Doc. 1) pursuant to 28 U.S.C. § 2241 filed by petitioner Steven Jean-Pierre ("Jean-Pierre") in the United States District Court for the Eastern District of Pennsylvania and recently transferred to this court (Doc. 2), and it appearing that the petition is identical to one filed in this court by Jean-Pierre on July 1, 2010, and assigned Civil action 1:10-CV-1361, and it further appearing that a comparison of the two petitions reveals that Jean-Pierre mailed the identical petition, but for the captions and certificates of service, to two separate courts, it is hereby ORDERED that:

1. The petition for writ of habeas corpus is DISMISSED as it is a duplicate of Civil action 1:10-CV-1361.[1]

2. The Clerk of Court is directed to CLOSE this case.

                     S/ Christopher C. Conner
                     CHRISTOPHER C. CONNER
                     United States District Judge

---

[1] On July 2, 2010, following preliminarily review, see R. GOVERNING § 2254 CASES R.1(b) (applicable to petitions under 28 U.S.C. § 2241 in the discretion of the court), Civil action 1:10-CV-1361 was dismissed without prejudice. (Doc. 5). The matter is presently on appeal. (Docs. 6, 8.)